# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL TITUS**                                                    **PLAINTIFF**
**ADC #168523**

v.                         No. 4:24-cv-277-DPM

**DOUBLE TREE PARKING GARAGE;**
**EAST END TOWING; PPP GRANTS;**
**WAL-MART; THE MAURY SHOW;**
**JERICO WAY; SAFE HARBOR;**
**DISTRIBUTED PRODUCTS LLC;**
**MARUCHAN, Distributed by Keefe Group;**
**KEEFE COFFEE; CHARMAN TISSUE;**
**MOON LODGE AND WHOLE SHABANG;**
**FAMILY DOLLAR; CLAYTO TINKE'S;**
**PRESTON BUSH; PATRICIA BUSH;**
**SOLOMON BUSH; COMMUNITY BAKERY;**
**CHIPS BANKING CHIMECARD; ICE;**
**OMEGA CENTER; ALLEN PERSON;**
**DICKERSON LAW FIRM;**
**DONALD TRUMP; and LAVAR LAW**          **DEFENDANTS**

## ORDER

1.    Titus's applications to proceed *in forma pauperis* are incomplete. Many of the motions contain argument and none have the requisite calculation sheet attached. 28 U.S.C. § 1915(a)(2). His applications, *Doc. 1 & 3–12*, are denied without prejudice.

2. Titus must submit a completed application and certified calculation sheet by 3 May 2024. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). The Court directs the Clerk to mail Titus an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Titus will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

3. Motion for order, *Doc. 19*, denied. He asks the Court to reduce his bail. This Court has no authority to address state court bail status.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 April 2024